

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name: TPG (Post Oak) Acquisition, LLC; TPG (Post Oak) Mezzanine, LLC; The Picerne Group, Inc.; TPG, Inc.; Allied Realty Advisors, LLC; Allied Realty Partners, LLC; Allied Orion Group, LLC d/b/a Allied Realty; and ACS Restoration GC, LLC d/b/a Allied Construction Services; TPG2011-4 (Post Oak), LLC v. Greystone Multi-Family Builders, Inc., Greystone (Post Oak), LLC, and Walter B. Eeds

Appellate case number: 01-18-00396-CV

Trial court case number: 2015-25232

Trial court: 334th District Court of Harris County

The motion for rehearing filed on October 15, 2021, by appellees/cross-appellants Greystone Multi-Family Builders, Inc., et al. is DENIED.

It is so ORDERED.

Judge's signature: /s Julie Countiss
                       Acting for the Court

Date:  December 14, 2021

Panel consists of Justices Goodman, Hightower, and Countiss.

Justice Goodman voted to grant based on his prior dissenting opinion.